IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SANSTON M. FOSTER IV,
SANDRA "KITTY" SMITH,
HEATHER NELMS, and
ANGELA COURTNEY,
Individually and on Behalf
of all Others Similarly Situated                                    PLAINTIFFS

v.                      Case No.  4:13-cv-00421-JMM

LINDSEY MANAGEMENT CO., INC.
FOUNTAIN LAKES, A LIMITED
PARTNERSHIP, and FOUNTAIN LAKES
MANAGEMENT COMPANY, INC.                                            DEFENDANTS

### DEFENDANTS' MOTION TO DISMISS
### OR STRIKE CLASS ALLEGATIONS

Come now Defendants Lindsey Management Co., Inc, Fountain Lakes, a Limited Partnership, and Fountain Lakes Management Company, Inc., and for their Motion to Dismiss or Strike Class Allegations pursuant to Rules 12(c) and (f) and 23(d)(1)(D) of the Federal Rules of Civil Procedure, state:

1.      Plaintiffs seek to represent a class of persons who have resided in Arkansas apartment complexes managed by Defendant Lindsey Management Co., Inc., in the last five years.

2.      As articulated in greater detail in the supporting brief filed contemporaneously herewith, it is plain enough from the pleadings that class treatment of this case is not appropriate. A class action would require litigation of many highly individualized questions of fact because, among other things, it would involve residents

who resided in different apartments in different locations and who heard specific representations made to them, and who encountered different problems with the apartments during the periods of the apartment's lease. The class allegations within the Second Amended Complaint should be dismissed or stricken because Plaintiffs cannot satisfy any of the three specific class certification categories in Rule 23(b).

WHEREFORE, Lindsey Management Co., Inc, Fountain Lakes, a Limited Partnership, and Fountain Lakes Management Company, Inc., pray that the class allegations found within the Second Amended Complaint are dismissed or stricken pursuant to Rules 12(c) and (f) and 23(d)(1)(D) of the Federal Rules of Civil Procedure and for all other just and proper relief to which they may be entitled.

> MITCHELL, WILLIAMS, SELIG,
>   GATES & WOODYARD, P.L.L.C.
> 425 W. Capitol Ave., Suite 1800
> Little Rock, Arkansas 72201
> Telephone:  (501) 688-8800
> Facsimile:  (501) 688-8807
>
> By: */s/ John Keeling Baker*
>    John Keeling Baker
>    jbaker@mwlaw.com
>    Jane Duke
>    jduke@mwlaw.com
>
> *Counsel for Defendants*

- 3 -

## CERTIFICATE OF SERVICE

  I hereby certify that on August 2, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

Mickey Stevens
P.O. Box 2165
Benton, AR 72018

                */s/ John Keeling Baker*
                John Keeling Baker